**Order entered May 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00285-CV

**JOHN TIEGEN, Appellant**

**V.**

**FREDERIC SLICE, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-15264**

## ORDER

Before the Court is appellee's May 15, 2019 motion for extension of time to file brief. Appellee explains the extension is necessary, in part, because a supplemental clerk's record he requested has not been filed. We **GRANT** the motion as follows.

We **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than May 28, 2019, the supplemental clerk's record requested by appellee on May 13, 2019. We further **ORDER** appellee to file his responsive brief no later than June 27, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     BILL WHITEHILL
        JUSTICE